**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 206 MAL 2019

                  Respondent   :

  :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

                   v.   :

  :

  :

KELLIE HENNINGER,   :

  :

                  Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.